UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 18-cr-30053-SEM-TSH |
| MATTHEW MORLEE, | ) |
| Defendant. | ) |

**MOTION TO HAVE ATTORNEY CHRIS AMERO APPOINTED AS AN ADDITIONAL ATTORNEY OF RECORD**

Defendant, Matthew Morlee, by and through his attorney, Douglas J. Quivey, of the Federal Public Defender's Office for the Central District of Illinois, moves to have Attorney Chris Amero appointed *pro bono* as an additional attorney for Mr. Morlee and in support states as follows:

1. On September 14, 2018, Mr. Morlee was arraigned.

2. Attorney Chris Amero is on the CJA training panel and needs to second chair a second case *pro bono* to complete the training process. Mr. Amero was previously appointed in *United States v. Goodwill,* 18-20025 but had to withdraw because of a potential conflict.

WHEREFORE, Defendant respectfully prays that Mr. Amero be appointed *pro bono* as an additional attorney of record.

> Respectfully submitted,
>
> MATTHEW MORLEE, Defendant,
>
> By:   s/ Douglas J. Quivey
> Douglas J. Quivey
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 600 East Adams, 3rd Floor
> Springfield, Illinois 62701
> Telephone: (217) 492-5070
> Fax: (217) 492-5077
> E-mail: doug_quivey@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Matt Weir
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

>By:s/ Douglas J. Quivey
>Douglas J. Quivey
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>600 East Adams, 3rd Floor
>Springfield, Illinois 62701
>Telephone: (217) 492-5070
>Fax: (217) 492-5077
>E-mail: doug_quivey@fd.org